No. 95–1336. MARTIN ET VIR *v.* TELECTRONICS PACING SYSTEMS, INC., ET AL. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of

*Medtronic, Inc.* v. *Lohr, ante,* p. 470.